# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JERRY KERR**
ADC #138631                                                                 **PLAINTIFF**

v.                              No. 5:16-cv-243-DPM-JTR

**JARED BYERS**, Assistant Deputy Warden,
Cummins Unit; **JARON BYRD**, Doctor,
Cummins Unit; **WILLIAM STRAUGHN**, Head
Warden, Cummins Unit; and **ESTELLA BLAND**,
Nurse Practitioner, Cummins Unit                                      **DEFENDANTS**

## ORDER

Kerr hasn't provided a valid service address for Dr. Jaron Byrd; and the time to do so has passed. № 16, 35, 37, & 40. Kerr's claims against Dr. Byrd are therefore dismissed without prejudice. FED. R. CIV. P. 4(m). An *in forma pauperis* appeal from this Order won't be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

1 February 2017