UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JERRY KERR,
ADC #138631                                              PLAINTIFF

v.                          5:16-cv-243 DPM

JARED BYERS, Assistant Deputy Warden,
Cummins Unit; WILLIAM STRAUGHN,
Head Warden, Cummins Unit; and ESTELLA
BLAND, Nurse Practitioner, Cummins Unit          DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Kerr's motions to voluntarily dismiss, № 55, 56 & 57, are granted.

Kerr's complaint will be dismissed without prejudice. Defendants' motions

for summary judgment, № 47 & 50, are denied without prejudice as moot.

An *in forma pauperis* appeal from this Order and the accompanying Judgment

would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 June 2017