UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JERRY KERR,
ADC #138631                                                              PLAINTIFF

v.                                    5:16-cv-243 DPM

JARED BYERS, Assistant Deputy Warden,
Cummins Unit; JARON BYRD, Doctor,
Cummins Unit; WILLIAM STRAUGHN,
Head Warden, Cummins Unit; and ESTELLA
BLAND, Nurse Practitioner, Cummins Unit              DEFENDANTS

## JUDGMENT

Kerr's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_29 June 2017_